

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 2:22-cr-155-1 |
| v. | ) | |
| | ) | |
| HARLEY DAVIS | ) | (18 U.S.C. § 922(a)(6)) |

## SUPERSEDING INFORMATION

The U.S. Attorney charges:

### COUNT 1

On or about May 5, 2022, in the District of Vermont, HARLEY DAVIS, in connection with the acquisition of a Glock, model 43, 9mm semi-automatic pistol, serial number AGPF146, from Lost Nation Gun Shop, a federally licensed firearms dealer, knowingly made a false or fictitious oral or written statement intended or likely to deceive a federal firearms dealer with respect to a material fact to the lawfulness of the sale of a firearm, specifically HARLEY DAVIS stated she was not a user of controlled substances when in fact and as she knew well, HARLEY DAVIS was a user of controlled substances.

(18 U.S.C. §922(a)(6))

## COUNT 2

On or about May 21, 2022, in the District of Vermont, HARLEY DAVIS, in connection with the acquisition of Glock, model 42, .380 caliber semi-automatic pistol, serial number AGAX929, from Lost Nation Gun Shop, a federally licensed firearms dealer, knowingly made a false or fictitious oral or written statement intended or likely to deceive a federal firearms dealer with respect to a material fact to the lawfulness of the sale of a firearm, specifically HARLEY DAVIS stated she was not a user of controlled substances when in fact and as she knew well, HARLEY DAVIS was a user of controlled substances.

(18 U.S.C. §922(a)(6))

## COUNT 3

On or about May 21, 2022, in the District of Vermont, HARLEY DAVIS, in connection with the acquisition of Glock, model 42, .380 semi-automatic pistol, serial # ABCP921, from M&R Guns & Ammo, a federally licensed firearms dealer, knowingly made a false or fictitious oral or written statement intended or likely to deceive a federal firearms dealer with respect to a material fact to the lawfulness of the sale of a firearm, specifically HARLEY DAVIS stated she was not a user of controlled substances when in fact and as she knew well, HARLEY DAVIS was a user of controlled substances.

(18 U.S.C. §922(a)(6))

*Nikolas P. Kerest (EAPC)*
NIKOLAS P. KEREST (EAPC)
United States Attorney
Burlington, Vermont
September 29, 2023