Prob 12
(D/VT Rev. 10/22)

**UNITED STATES DISTRICT COURT**
**For The**
**DISTRICT OF VERMONT**

U.S.A. vs. Harley Davis

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUN -3 PM 2: 35

CLERK
Docket No. 2:22CR155 -001 ~~

DEPUTY CLERK

**Petition on Probation and Supervised Release**

COMES NOW ALISHA WAITE, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Harley Davis, who was placed on supervision by the Honorable William K. Sessions III sitting in the Court at Burlington, on the 26th day of February, 2024, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

You must participate in a mental health program approved by the United States Probation Office. You shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section §1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

You must participate in substance abuse treatment, which may include a substance abuse assessment with a licensed substance abuse provider and abide by any programmatic treatment recommendations. This program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the costs of services rendered based on ability to pay or the availability of third-party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.

Upon release from custody, you are to be placed in the care and custody of your grandparents until such time as the Probation Officer deems it no longer appropriate.

You must participate in treatment programs sponsored by Howard Center in St. Albans beginning immediately.

You must participate in educational programs with the objective of you obtaining your high school diploma or GED.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
**(if short insert here; if lengthy write on separate sheet and attach)**

1. **Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

   On or about April 10, 2024, the defendant used a substance containing cannabis and cocaine as evidenced by a urine sample provided by the defendant on that date which subsequently confirmed positive for the presence of the cannabis and cocaine metabolites.

Davis, Harley

2:22CR155-001

On or about April 20, 2024, the defendant used a substance containing cannabis as evidenced by the defendant's admission to the probation officer and by a urine sample provided by the defendant on April 23, 2024 which subsequently confirmed positive for the presence of the cannabis metabolite.

On or about April 23, 2024, the defendant used a substance containing methamphetamine as evidenced by a urine sample provided by the defendant on that date which subsequently confirmed positive for the presence of the methamphetamine metabolite.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons so that Harley Davis may appear before the Court to show cause why her term of supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this _____3rd_____ day of
_____June_____, 20 24 _____ and ordered
filed and made a part of the records in the above case.

_William K. Sessions III_
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

*Alisha Waite*

Alisha Waite
U.S. Probation Officer

Executed on June 3, 2024

Place: Burlington