AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2024 JUN 17 PM 12: 38
CLERK
BY _____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) |
| Harley Davis | )  Case No.  2:22-cr-155-1 |
| | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: U.S. District Court 11 Elmwood Avenue, Burlington, VT | Courtroom No.: 110 |
|---|---|
| | Date and Time: 06/17/2024 3:30 pm |

This hearing is briefly described as follows:

used a substance containing cannabis and cocaine; used a substance containing methamphetamine.

**\*\*If you are unable to afford your own attorney, you may contact Lisa Wright, Courtroom Deputy, at (802) 951-8116 as soon as possible, to inquire about qualifying for court appointed counsel. \*\*\***

Date:   06/03/2024

*Lisa Wright* (signature)
*Issuing officer's signature*

Lisa Wright, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons     ☐ Returned this summons unexecuted

Date:  06/04/2024

*BM Sullivan* (signature)
*Server's signature*

Brittany Beliveau, Deputy US Marshal
*Printed name and title*

on behalf of Jason Smith, DUSM